AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
October 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: CM
DEPUTY

United States of America
v.

VALERIE SAMANIEGO

*Defendant(s)*

Case No. SA:26-MJ-1241

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 1, 2026 in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(B) | Possession with Intent to Distribute Fentanyl, 40 grams or more<br><br>PENALTIES: 5-40 years imprisonment, 4 years to life supervised release, $5,000,000 fine and $100 special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

■ Continued on the attached sheet.

HUNTER WESTBROOK (Affiliate) Digitally signed by HUNTER WESTBROOK (Affiliate) Date: 2026.10.01 19:30:59 -05'00'

*Complainant's signature*

Hunter Westbrook, DEA TFO

*Printed name and title*

☐ Sworn to before me and signed in my presence.
■ Sworn to telephonically and signed electronically.

Date: October 2, 2026

*Judge's signature*

City and state: San Antonio, Texas

Elizabeth S. Chestney, US MAGISTRATE JUDGE

*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

1. I am a Police Officer with the University of Texas San Antonio Police Department where I have been commissioned for approximately ten years. I have been a Texas Peace officer since 2012 and have been assigned to the DEA, San Antonio District Office located in San Antonio, Texas since January 2017. I am currently assigned as a Task Force Officer to the DEA San Antonio District Office in San Antonio, Texas. I have participated in numerous narcotics investigations. I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing, concealing, packaging, diluting (cutting) and distributing controlled substances, their use of cellular telephone and short message service (SMS) / text message, and their use of code words to conduct their illegal activities. I know how drug traffickers collect, transport, secret and launder proceeds derived from drug distribution. I am familiar with the documents generated through all of these illegal activities. I have executed numerous search warrants in my career.

2. On October 1, 2026, Agents with DEA San Antonio, HIS, San Antonio, the San Antonio Police Department, and the Bexar County Sheriff's Office executed search warrants at three (3) residences in San Antonio, TX, that agents found were associated with the distribution of fentanyl.

3. During the execution of a search warrant at 1012 Torreon St. San Antonio, TX, Agents encountered Valerie SAMANIEGO inside the residence and detained her. Once the residence was secured Agents searched the residence and found approximately 141 grams of a substance that tested positive for fentanyl and a Ruger .380 handgun bearing SN:

87589275. Both items were located in a hole that was in the floor of the living room of the residence.

4. Agents conducted a post Miranda interview of SAMANIEGO and SAMANIEGO admitted to ownership of the fentanyl and handgun. SAMANIEGO stated that she received the fentanyl recovered the night before and paid $300.00 USC. SAMANIEGO stated she owned the handgun for protection and has only used the handgun to scare people. SAMANIEGO admitted that she sells fentanyl even though she knows it can kill people. SAMANIEGO stated she is concerned that fentanyl can kill someone and will only sell fentanyl to people that she knows can tolerate it. SAMANIEGO stated that at times she will make people use the fentanyl that she sells them in her presence in case she needs to give them Narcan.

5. SAMANIEGO was convicted of Possession of Controlled Substance PG1 less than a gram on May 31, 2017, a State Jail Felony in the State of Texas.

HUNTER WESTBROOK (Affiliate)

Digitally signed by HUNTER WESTBROOK (Affiliate)
Date: 2026.10.01 19:31:48 -05'00'

Hunter Westbrook
Drug Enforcement Administration, TFO

Subscribed and sworn before me the 2nd day of October 2026.

HONORABLE ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE